PRISONER CASE



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | ARTHUR NEWBY | **Defendant(s):** | SALVADOR GODINEZ, etc. |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Arthur Newby
#2007-0035793
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**07CV6953**
**JUDGE LEFKOW**
**MAG. JUDGE COX**

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** *A. E. Woodham*  **Date:** 12/10/2007

FILED
DEC 11 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT