FILED
Case 1:07-cv-06953   Document 6   Filed 01/25/2008   Page 1 of 8
JANUARY 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
DEC 10 2007 *aew*
DEC 10 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Jury Demand

Arthur Newby
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Salvador Godinez, Director
_____

/
_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: **07CV6953**
**JUDGE LEFKOW**
**MAG. JUDGE COX**
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.   Plaintiff(s):

Revised: 7/20/05

A. Name: Arthur Newby

B. List all aliases: N/A

C. Prisoner identification number: _____

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Salvador Godinez

Title: Director

Place of Employment: Cook County Jail

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised: 7/20/05

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A.    Is there a grievance procedure available at your institution?

           YES (✓)   NO ( )   If there is no grievance procedure, skip to F.

    B.    Have you filed a grievance concerning the facts in this complaint?

           YES (✓)   NO ( )

    C.    If your answer is **YES**:

        1.    What steps did you take?

           Grievance was filed on Oct. 4, 2005 to No Avail

        2.    What was the result?   Still Pending

        3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

           The defendant refused to allow the Grievance to be Processed

    D.    If your answer is NO, explain why not:

Revised: 7/20/05

E.  Is the grievance procedure now completed?  YES ( )  NO (X)

F.  If there is no grievance procedure in the institution, did you complain to authorities?  YES (X)  NO ( )

G.  If your answer is YES:

   1. What steps did you take?

      N/A

   2. What was the result?

      N/A

H.  If your answer is NO, explain why not: Jail official refuse to address the complaint against the Director

IV.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

   A.  Name of case and docket number: _____ N/A _____

   B.  Approximate date of filing lawsuit: _____ N/A _____

   C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _____
   _____

   D.  List all defendants: _____ N/A _____
   _____
   _____

   E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F.  Name of judge to whom case was assigned: _____ N/A _____

   G.  Basic claim made: _____ N/A _____
   _____
   _____

   H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____
   _____

   I.  Approximate date of disposition: _____ N/A _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised: 7/20/05

V.   Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Sept. 29, 2005, the Plaintiff was housed on Section A-G in housing unit #12. The Plaintiff was assigned to the cell with a detainee named Paul Smith. On 9-29-05 the Plaintiff sustained serious injuries after refusing to submit to a sexual assault. Prior to the attempted sexual assault, the Plaintiff wrote the defendant Salvador Godinez as many as ten letters informing him that detainee Paul Smith posed a threat the Plaintiff's safety. The defendant refused to take any action to assist the Plaintiff. defendant, Salvador Godinez, could have prevented the attacked which resulted in the Plaintiff sustaining a broken jaw, and other serious injuries. As of this date, Paul Smith is

6

Revised: 7/20/05

assigned on the same unit with the Plaintiff. The office of Internal Affairs responded to the Grievance filed by the Plaintiff, however, it appears that because the grievance was against the Director, Salvador Godinez, the office of Internal Affairs has taken no action. The grievance was filed on Oct. 4, 2005. As of this date, the Plaintiff has heard nothing from the Grievance Committee or Internal Affairs. The defendant, Salvador Godinez, has knowingly interfered with the Grievance Process in that he prevented the grievance, and investigation from moving forward against him. Nearly, two years to hear a grievance, and receive the results of an investigation is unreasonable.

VI.   Relief:

7

Revised: 7/20/05

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(1) Plaintiff request Declaratory Judgement, (2) Compensatory damages in the amount of one million dollars $1,000,000.00, And (3) Punitive Damages in the amount of $500,000.00

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this NOV. day of 29, 2007

_____
(Signature of plaintiff or plaintiffs)

Arthur Newby
(Print name)

200700357 93
(I.D. Number)

PO Box 089002
Chicago Ill 60608
DIV9-3H-3065
(Address)