# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Arthur Newby v. Salvador Godinez | Case Number:<br>07 C 6953 |

Judge: **Joan Humphrey Lefkow**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Salvador Godinez

SIGNATURE  /s/ Romano D. DiBenedetto, ARDC # 6220301, r.dibenedetto@cookcountygov.com

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  500 RICHARD J. DALEY CENTER

CITY/STATE/ZIP  CHICAGO, IL 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| # 6220301 | (312) 603-4634 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐   NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐   NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐