UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANCISCO ROMERO, | ) | |
| Plaintiff, | ) | 08 C 0041 |
| vs. | ) | Honorable Judge |
| | ) | Matthew Kennelly |
| SERGEANT MAHON, ET. AL., | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:  Arthur Newby
     #2007-0035793
     Cook County Jail
     P.O. Box 089002
     Chicago, IL 60608
     PRO SE

PLEASE TAKE NOTICE that on **March 7, 2008**, I caused to be filed in the United States District Court, Northern District of Illinois, Eastern Division, electronically via ECF the attached **APPEARANCE ON BEHALF SALVADOR GODINEZ**.
.

        Respectfully submitted,
        RICHARD A. DEVINE
        State's Attorney of Cook County

By:  s/*Romano D. DiBenedetto*_____
     Romano D. DiBenedetto
     Assistant State's Attorney
     500 Richard J. Daley Center
     Chicago, IL 60602
     (312) 603-4634
     6220301

### CERTIFICATE OF SERVICE

    I, Romano D. DiBenedetto, Assistant State's Attorney, certify that I served this notice by electronic filing and by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **March 7, 2008**.

        /s Romano D. DiBenedetto