**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FRANCISCO ROMERO, | ) | |
|     Plaintiff, | ) | 08 C 0041 |
| vs. | ) | Honorable Judge |
| | ) | Matthew Kennelly |
| SERGEANT MAHON, ET. AL., | ) | |
|     Defendants. | ) | |

**NOTICE OF FILING**

TO:   Arthur Newby
        #2007-0035793
        Cook County Jail
        P.O. Box 089002
        Chicago, IL 60608
        PRO SE

PLEASE TAKE NOTICE that on **March 7, 2008**, I caused to be filed in the United States District Court, Northern District of Illinois, Eastern Division, electronically via ECF the attached **ANSWER BY GODINEZ TO PLAINTIFF'S COMPLAINT**.

                      Respectfully submitted,
                      RICHARD A. DEVINE
                      State's Attorney of Cook County

By:   *s/Romano D. DiBenedetto*_____
        Romano D. DiBenedetto
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, IL 60602
        (312) 603-4634
        6220301

**CERTIFICATE OF SERVICE**

     I, Romano D. DiBenedetto, Assistant State's Attorney, certify that I served this notice by electronic filing and by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **March 7, 2008**.

                      /s Romano D. DiBenedetto