UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTHUR NEWBY, ) | |
|     Plaintiff, ) | 07 C 6953 |
| vs. ) | Honorable Judge |
| ) | Joan Humphrey Lefkow |
| SALVADOR GODINEZ, DIRECTOR ) | |
|     Defendant. ) | |

### AMENDED NOTICE OF FILING

TO:   Arthur Newby
#2007-0035793
Cook County Jail
P.O. Box 089002
Chicago, IL 60608
PRO SE

PLEASE TAKE NOTICE that on **March 7, 2008**, I caused to be filed in the United States District Court, Northern District of Illinois, Eastern Division, electronically via ECF the attached **APPEARANCE ON BEHALF SALVADOR GODINEZ**.
.

                        Respectfully submitted,
                        RICHARD A. DEVINE
                        State's Attorney of Cook County

By:   s/*Romano D. DiBenedetto*_____
       Romano D. DiBenedetto
       Assistant State's Attorney
       500 Richard J. Daley Center
       Chicago, IL 60602
       (312) 603-4634
       6220301

### CERTIFICATE OF SERVICE

    I, Romano D. DiBenedetto, Assistant State's Attorney, certify that I served this notice by electronic filing and by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **March 7, 2008**.

                        /s Romano D. DiBenedetto