**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARTHUR NEWBY, | ) | |
|     Plaintiff, | ) | 07 C 6953 |
| vs. | ) | Honorable Judge |
| | ) | Joan Humphrey Lefkow |
| SALVADOR GODINEZ, DIRECTOR | ) | |
|     Defendant. | ) | |

**AMENDED NOTICE OF FILING**

TO:   Arthur Newby
        #2007-0035793
        Cook County Jail
        P.O. Box 089002
        Chicago, IL 60608
        PRO SE

PLEASE TAKE NOTICE that on **March 7, 2008**, I caused to be filed in the United States District Court, Northern District of Illinois, Eastern Division, electronically via ECF the attached **ANSWER BY GODINEZ TO PLAINTIFF'S COMPLAINT**.
.

                                Respectfully submitted,
                                RICHARD A. DEVINE
                                State's Attorney of Cook County

        By:    *s/Romano D. DiBenedetto*_____
                      Romano D. DiBenedetto
                      Assistant State's Attorney
                      500 Richard J. Daley Center
                      Chicago, IL 60602
                      (312) 603-4634
                      6220301

**CERTIFICATE OF SERVICE**

     I, Romano D. DiBenedetto, Assistant State's Attorney, certify that I served this notice by electronic filing and by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **March 7, 2008**.

                                        /s Romano D. DiBenedetto