**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Arthur Newby
                Plaintiff,

v.
                                          Case No.: 1:07−cv−06953
                                          Honorable Joan H. Lefkow

Salvador Godinez
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing held on 5/1/2008 and continued to 7/8/2008 at 09:30 AM. Defendant's oral motion for leave to depose plaintiff is granted. Defendant shall be allowed to take the deposition of plaintiff Arthur Newby. Discovery shall be completed by 7/3/2008.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.