## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6953 | **DATE** | 7/8/2008 |
| **CASE TITLE** | Arthur Newby vs. Salvador Godinez | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/8/2008. Daniel Fahlgren's oral motion for leave to file his appearance on behalf of defendant Salvador Godinez is granted. Defendant to file dispositive motion on or before 10/27/2008. Plaintiff to respond by 11/10/2008. Ruling will be by mail.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | SB |
|---|---|---|