UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARTHUR NEWBY, *pro se* | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6953 |
| | ) | |
| vs. | ) | Honorable Joan H. Lefkow |
| | ) | |
| SALVADOR GODINEZ | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Salvador Godinez, Executive Director of the Cook County Department of Corrections, by his attorney Richard A. Devine, State's Attorney of Cook County, through his Assistant State's Attorney, Daniel J. Fahlgren, move this court for summary judgment pursuant to Fed. R. Civ. P. 56. In support defendant submits the attached Memorandum of Law in Support, LR56.1 Statement of Material, Uncontested Facts, Exhibit, and LR 56.2 Notice to *Pro Se* Litigant.

        Respectfully submitted,

        RICHARD A. DEVINE
        State's Attorney of Cook County

        By: *s/Daniel J. Fahlgren*_____
           Daniel J. Fahlgren
           Assistant State's Attorney
           Attorney for Defendants
           500 Richard J. Daley Center
           Chicago, Illinois 60602
           (312) 603-3304
           6201163