UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARTHUR NEWBY, *pro se* | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6953 |
| | ) | |
| vs. | ) | Honorable Joan H. Lefkow |
| | ) | |
| SALVADOR GODINEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANTS' LOCAL RULE 56.1(a)(3) STATEMENT OF
MATERIAL, UNCONTESTED FACTS**

Defendant Salvador Godinez, Executive Director of the Cook County Department of Corrections, by his attorney Richard A. Devine, State's Attorney of Cook County, through his assistant state's attorney, Daniel J. Fahlgren, hereby move this Honorable Court for summary judgment in his favor. In support of this motion and pursuant to Local Rule 56.1 (a) (3), defendant submits the following:

1. On September 29, 2005, Plaintiff was being held in Division 11 of the Cook County Jail. (Exhibit A, Plaintiff's Deposition, p. 22)

2. Plaintiff was held in tier AG of Division 11 with Paul Smith. (Exhibit A, Plaintiff's Deposition, p. 22)

3. On September 29, 2005 Paul Smith tried to sexually assault Plaintiff (*Id.*)

4. Paul Smith had been Plaintiff's cellmate for approximately two weeks before the attempted assault. (Exhibit A p. 24)

5. On many occasions during the two weeks that they were in the cell together, Paul Smith asked Plaintiff about being homosexual and about homosexual activities. (Exhibit A, Plaintiff's Deposition, p. 25-26)

6. During the two week period Plaintiff asked a correctional officer named Nixon to move him out of his cell. (Exhibit A, pp. 26-27)

7. When Plaintiff asked Officer Nixon to move him from his cell Officer Nixon told Plaintiff no. (Exhibit A, p. 28)

8. Plaintiff wrote "10-20" letters addressed to defendant, Executive Director Godinez. (Exhibit A, p. 29)

9. Plaintiff gave the letters, in the form of detainee grievances to the sergeants and lieutenants in his Division. (Exhibit A, p. 31)

10. Plaintiff does not have any copies of any of the letters he sent. (Exhibit A p. 29)

11. Plaintiff does not know whether Director Godinez ever received any of his letters. (Exhibit A p. 33)

12. Plaintiff does not know whether Director Godinez ever read any of his letters. (Exhibit A p. 33)

13. Plaintiff has no information to indicate that Director Godinez tried to punish him for any reason. (Exhibit A p. 33)

14. Plaintiff has no information to indicate that Director Godinez was trying to implement a policy that intentionally or inadvertently punished him. (Exhibit A p. 33)

15. Plaintiff has no information to indicate that Director Godinez was aware that Plaintiff wished to be moved to a cell away from Paul Smith. (Exhibit A p. 37)

16. Plaintiff testified that besides the letters he addressed to Director Godinez there was no way for Godinez to be aware of the problem Plaintiff was having with his cellmate Smith. (Exhibit A pp. 37-38)

17. Plaintiff did not receive a response to his letters from Director Godinez. (Exhibit A p. 29)

18. Smith did not threaten to harm Plaintiff, but watched Plaintiff and asked Plaintiff questions about whether Plaintiff was homosexual and about homosexual activity.(Exhibit A, pp. 25-26)

19. On September 29, 2005 Paul Smith suddenly awoke Plaintiff in his cell at 3:00 A.M., wrapped a sheet around Plaintiff's face and attempted to try to pull Plaintiff's pants down. (Exhibit A p. 38)

20. Smith, and two other inmates he let into the cell, began to repeatedly punch Plaintiff. (Exhibit A pp. 39,41)

21. Plaintiff was not sexually assaulted by the other inmates. (Exhibit A p. 47)

22. Plaintiff suffered a broken jaw and fractured nose during the attack by Smith. (Exhibit A p. 59)

23. Plaintiff never spoke to Director Godinez about the attack by Smith. (Exhibit A p. 53)

24. Plaintiff never wrote to Director Godinez about the attack by Smith. (Exhibit A p. 53)

25. Three days after the attack by Smith Plaintiff was transferred out of Cook County Jail to the Illinois Department of Corrections. (Exhibit A p. 55)

26. Director Godinez does not know and never knew that Plaintiff filed a detainee grievance about his problems with Smith. (Exhibit A p. 58).

Respectfully Submitted,

RICHARD A. DEVINE

State's Attorney of Cook County

By*:*    *s/ Daniel J. Fahlgren*

Daniel J. Fahlgren
Assistant State's Attorney
Attorney for Defendant
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-3304
6201163