UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARTHUR NEWBY, *pro se* | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6953 |
| | ) | |
| vs. | ) | Honorable Joan H. Lefkow |
| | ) | |
| SALVADOR GODINEZ | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING- CORRECTED**

TO:  Arthur Newby
 #2007-0035793
 P.O. Box 089002
 Chicago, IL 60608

PLEASE TAKE NOTICE that on **August 25, 2008,** pursuant to the briefing schedule previously set by the Honorable Joan H. Lefkow in the United States District Court, Northern District of Illinois, Eastern Division, I caused to be filed with the clerk of the court, by CM/ECF, the **Defendant's Motion for Summary Judgment, Memorandum of Law in Support, LR 56.1 Statement of Material, Uncontested Facts, Exhibit and LR 56.2 Notice to** *Pro Se* **Litigant.**

 Respectfully submitted,

 RICHARD A. DEVINE
 State's Attorney of Cook County

 By  *s/Daniel J. Fahlgren*_____
 Daniel J. Fahlgren, 6201163
 Assistant State's Attorney
 500 Richard J. Daley Center
 Chicago, IL 60602
 (312) 603-3304

**CERTIFICATE OF SERVICE**

I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached documents were served upon the above-named person on August 25, 2008, electronically, pursuant to ECF Gen Order XI (C).

 *s/Daniel J. Fahlgren*_____